UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Josh Daniel Douglas**  Docket No. 7:18-CR-15-1H

**Petition for Action on Supervised Release**

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Josh Daniel Douglas, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of, 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on October 9, 2018, to the custody of the Bureau of Prisons for a term of 26 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Josh Daniel Douglas was released from custody on December 23, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

This offender submitted a urine sample on January 2, 2020, which tested positive for marijuana, cocaine, oxycodone, and oxymorphone. When confronted about the use, the offender verbally admitted to using marijuana and cocaine, but denied the use of anything else. As a response to the drug positive, the probation office recommends that this offender be continued in the Surprise Urinalysis Program, allowed the opportunity to participate in substance abuse treatment and complete a 60-day term of location monitoring (curfew).

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy  
Maurice J. Foy  
Supervising U.S. Probation Officer

/s/ Mark Culp  
Mark Culp  
U.S. Probation Officer  
150 Rowan Street Suite 110  
Fayetteville, NC 28301  
Phone: 910-354-2543  
Executed On: January 15, 2020

Josh Daniel Douglas
Docket No. 7:18-CR-15-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __16th__ day of __January__, 2020, and ordered filed and made a part of the records in the above case.

/s/ Malcolm J. Howard
Malcolm J. Howard
Senior U.S. District Judge