UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Josh Daniel Douglas**                    **Docket No. 7:18-CR-15-1H**

**Petition for Action on Supervised Release**

COMES NOW Jared Britt, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Josh Daniel Douglas, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of, 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on October 9, 2018, to the custody of the Bureau of Prisons for a term of 26 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Josh Daniel Douglas was released from custody on December 23, 2019, at which time the term of supervised release commenced.

On January 16, 2020, the court was advised that the defendant submitted a urine sample that tested positive for marijuana, cocaine, oxycodone, and oxymorphone. At that time, the court agreed to modify the defendant's supervision to include a 60 day curfew condition with location monitoring. The defendant completed this period of location monitoring successfully.

On March 6, 2020, the court was advised that the defendant submitted a urine sample that tested positive for marijuana and oxycodone. At that time, the court agreed to continue the defendant on supervision and allowed him an opportunity to engage in drug treatment. The defendant recently completed drug treatment successfully.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

This offender submitted a urine sample on November 6, 2020, which tested positive for cocaine, oxycodone, and morphine. These results were confirmed positive by the national lab on November 12, 2020 As a response to this drug positive, the probation office recommends that this offender be continued in the Surprise Urinalysis Program, re-enrolled in substance abuse outpatient treatment, and complete 8 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 8 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Josh Daniel Douglas
Docket No. 7:18-CR-15-1H
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Jared Britt
Jared Britt
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2549
Executed On: November 20, 2020

## ORDER OF THE COURT

Considered and ordered this __23rd__ day of __November__, 2020, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge