# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division
### Docket No. 7:18-CR-15-1D

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| **Josh Daniel Douglas** | ) | |

COMES NOW Jared K. Britt, U.S. Probation Officer of the court, who shows the court that Josh D. Douglas appeared before the Honorable Malcolm J. Howard, U.S. District Judge, sitting in the court at Greenville, North Carolina, on October 9, 2018, and pursuant to an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced to the custody of the Bureau of Prisons for a term of 26 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Josh Daniel Douglas was released from custody on December 23, 2019, at which time the term of supervised release commenced.

On January 16, 2020, the court was advised that the defendant submitted a urine sample that tested positive for marijuana, cocaine, oxycodone, and oxymorphone. At that time, the court agreed to modify the defendant's supervision to include a 60 day curfew condition with location monitoring. The defendant completed this period of location monitoring successfully.

On March 6, 2020, the court was advised that the defendant submitted a urine sample that tested positive for marijuana and oxycodone. At that time, the court agreed to continue the defendant on supervision and allowed him an opportunity to engage in drug treatment.

On November 23, 2020, the court was advised that the defendant submitted a urine sample that tested positive for cocaine, oxycodone, and morphine. At that time, the court agreed to modify the defendant's supervision to include a condition that the defendant complete 8 hours of community service.

On December 2, 2020, a Motion for Revocation and Warrant for Arrest were filed , alleging that the defendant had violated the conditions of his supervised release by Using a controlled substance, Failing to pay a monetary obligation, and Failing to work at a lawful occupation.

On January 11, 2021, the defendant's case was reassigned to the Honorable James C. Dever III, U.S. District Judge.

On June 14, 2021, this officer received the defendant's death certificate indicating that on March 26, 2021, the defendant died in Essex County, NJ, as a result of a homicide. It now appears that the ends of justice would best be served by withdrawing the Motion for Revocation and Warrant for Arrest before the Court this date.

Josh Daniel Douglas
Docket No. 7:18-CR-15-1D
Order
Page 2


      **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion for Revocation and Warrant for Arrest filed on December 2, 2020, be withdrawn and the term of supervised release terminated.

      **IT IS FURTHER ORDERED** that the special assessment and fine be abated.


      This the __16__ day of ___June___ , 2021.


                             James C. Dever III
                             U.S. District Judge